JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA M., <br>     Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | NO. CV 22-331 DMG (KS) <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded to the Social Security Administration for further proceedings consistent with the Court's Memorandum Opinion and Order.

DATE: December 12, 2023

/s/ Karen L. Stevenson
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE