UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Angela Selysse Madrigal<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley, Commissioner of Social Security<br><br>Defendant. | CASE #: SA 22-CV-00331 KS<br><br>~~PROPOSED ORDER~~ STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Joint Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff be awarded Ten Thousand Dollars and Zero Cents ($10,000.00) in attorney fees, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Four Hundred Two Dollars and Zero Cents ($402.00) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

SO ORDERED

Dated: March 5, 2024

KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE